# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### AT NASHVILLE

| | | |
|---|---|---|
| CONESE HALLIBURTON, | § § | |
| *Plaintiff,* | § § | |
| *v.* | § § | Case No.: 3:20-cv-00044 |
| MICHAEL JOHN REYNOLDS, | § § | |
| *Defendant.* | § § | |

## CONSENT FINAL JUDGMENT

Plaintiff Conese Halliburton having filed this action for damages arising out of Defendant Michael John Reynold's alleged trespass, trespass to chattels, conversion, assault, violation of 42 U.S.C. § 1983, negligence, negligence per se, and negligent infliction of emotional distress (Doc. #1), and the Parties desiring to settle and compromise all claims at issue in this litigation, pursuant to *Williams v. Vukovich*, 720 F.2d 909, 920 (6th Cir. 1983), the Parties jointly consent to entry of the following consent decree and final order:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT**:

1.     The allegations set forth in the Plaintiff's Complaint (Doc. #1) are admitted, the Defendant stipulates to liability as to all claims, and a judgment of liability is hereby **ENTERED** as to all claims.

2.     A final judgment is **ENTERED** against Defendant Michael John Reynolds in the amount of one million dollars ($1,000,000.00), inclusive of all claims for damages, costs, attorney's fees, and interest.

-1-

3.      This judgment is subject to, and conditioned upon, a certain Stipulation of Settlement entered into between the parties which was 'so ordered' by the United States Bankruptcy Court for the Southern District of New York in the Defendant's Chapter 13 case No.  20-22915.

4.      Plaintiff's judgment shall be discharged upon the Defendant's compliance with the Chapter 13 plan approved by the Southern District of New York, Bankruptcy Petition #: 20-22195-shl, and the filing of an Order of Discharge issued by the Bankruptcy Court with this Court.

5.      This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.  Judgment is hereby **ENTERED** for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure.  The Clerk is directed to close the file.

IT IS SO ORDERED.


*Eli Richardson*
_____
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE

Agreed as to form and substance:

Conese Halliburton

Michael John Reynolds