# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE


Conese Halliburton

               Plaintiff,

v.                                                 Case No.: 3:20–cv–00044

Michael John Reynolds

               Defendant,

## **ENTRY OF JUDGMENT**


      Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 10/26/2020 re [11].


Lynda M. Hill
s/ Dalaina Thompson, Deputy Clerk
