![KAC logo] **KIRBY AISNER & CURLEY LLP**
700 Post Road, Suite 237
Scarsdale, New York 10583
(914) 401-9501 · www.kacllp.com

RECEIVED

MAR 0 3 2025

U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

February 17, 2025

Fred D. Thompson U.S. Courthouse and Federal Building
719 Church Street
Nashville, TN 37203

*RE: Conese Haliburton v. Michal John Reynolds, Case No. 3:20-cv-00044*

Dear Clerk,

Pursuant to a Consent Final Judgement (ECF 11) filed on October 26, 2020 and the Final Judgment (ECF 12) entered on October 26, 2020, I enclose herewith a Certified Copy of the above noted defendant's Chapter 13 Discharge in Bankruptcy entered in the Southern District of New York on February 10, 2025 which I would appreciate your filing in the above noted matter.

Please feel free to contact me if you have any questions.

Respectfully submitted,

*Elizabeth A. Haas*

Elizabeth A. Haas, Esq.

EAH/
Cc: Rich Michaelson Magaliff, LLP

---

**BANKRUPTCY · REAL ESTATE · COMMERCIAL TRANSACTIONS**

Information to identify the case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Michael John Reynolds** | Social Security number or ITIN | xxx-xx-7258 |
| | First Name    Middle Name    Last Name | EIN | _ _-_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _-_ _ _ _ _ _ _ |

United States Bankruptcy Court    Southern District of New York

Case number:    20-22195-cgm

## Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Michael John Reynolds
aka Michael J Reynolds, aka Michael J
Reynolds Jr.

2/10/25

**By the court:** Cecelia G. Morris
United States Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

#### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

#### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

#### Some debts are not discharged

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W

**Chapter 13 Discharge**

page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

I hereby attest and certify on 2/13/2025 that this document is a full, true and correct copy of the original filed on the court's electronic case filing system.

Clerk, US Bankruptcy Court, SDNY

By: _____ Deputy Clerk

Form 3180W **Chapter 13 Discharge** page 2

Case 3:20-cv-00044    Document 13    Filed 03/03/25    Page 3 of 5 PageID #: 208

# Notice Recipients

District/Off: 0208−7  
Case: 20−22195−cgm

User: admin  
Form ID: 3180W

Date Created: 2/10/2025  
Total: 21

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cr          Conese Halliburton

TOTAL: 1

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | United States Trustee | USTPRegion02.NYECF@USDOJ.GOV |
| tr | Thomas C. Frost | info@FrostSDNY13.com |
| aty | Alexandria Elizabeth Tomanelli | alexandria.tomanelli@rivkin.com |
| aty | Elizabeth A. Haas | ehaas@kacllp.com |
| aty | J'Naia Boyd | jlboyd@bakerlaw.com |
| aty | Jeannine M. Farino | jeannine.farino@rivkin.com |
| aty | Matthew V. Spero | matthew.spero@rivkin.com |
| aty | Robert N. Michaelson | bob.michaelson@advisorytgllc.com |
| aty | Stuart I. Gordon | stuart.gordon@rivkin.com |

TOTAL: 9

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | | | | |
|---|---|---|---|---|---|
| db | Michael John Reynolds | 33 Frederick St. | Garnerville, NY 10923 | | |
| intp | Bethpage Federal Credit Union | c/o Rivkin Radler LLP | 926 RXR Plaza | Uniondale, NY 11556−0926 | |
| 7676854 | BETHPAGE FCU | P.O. BOX 2069 | GLEN BURNIE, MD 21060−2069 | | |
| 7768500 | Bethpage Federal Credit Union | c/o Rivkin Radler LLP | 926 RXR Plaza | Uniondale, NY 11556 | |
| 7910121 | Bethpage Federal Credit Union | c/o Rivkin Radler LLP | 926 RXR Plaza | Uniondale, NY 11556 | |
| 7705644 | Bethpage Federal Credit Union | c/o Rivkin Radler LLP | Jeannine Farino, Esq. | 926 RXR Plaza | Uniondale, NY 11556 |
| 7676855 | CONESE HALLIBURTON | C/O DANIEL A. HORWITZ, ESQ. | 1803 BROADWAY, SUITE 531 | NASHVILLE, TN 37203 | |
| 7676856 | CONESE HALLIBURTON | Robert N. Michaelson | Rich Michaelson Magaliff, LLP | 335 Madison Avenue | New York, NY 10017 |
| 7676857 | MICHAEL & LAURIE REYNOLDS | 33 FREDERICK STREET | GARNERVILLE, NY 10923 | | |
| 7697944 | Michael Reynolds and Laurie Reynolds | 33 Frederick Street | Garnerville, NY 10923 | | |
| 7698863 | Rivkin Radler LLP | Attorneys for Bethpage Federal | Credit Union | 926 RXR Plaza | Uniondale, NY 11556 |

TOTAL: 11

I hereby attest and certify on _2/13/2025_ that this document is a full, true and correct copy of the original filed on the court's electronic case filing system.

Clerk, US Bankruptcy Court, SDNY

By: _____ Deputy Clerk



FIRST-CLASS MAIL
KM
$001.77⁹
02/19/2025 ZIP 10583
043M30264533
US POSTAGE



RECEIVED

MAR 0 3 2025

U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN



**KIRBY AISNER & CURLEY LLP**
700 Post Road, Suite 237
Scarsdale, New York 10583

To:

Fred D. Thompson
US Courthouse + Federal Bldg.
719 Church Street
Nashville, TN 37203
Attn: Clerk